RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/3/10
BY _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| HORACE LAVELLE ARMFIELD<br>LA. DOC #420134<br>VS.<br><br>LOUISIANA CORRECTIONS SERVICES,<br>ET AL. | CIVIL ACTION NO. 3:10-CV-0175<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES<br><br>MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 2 day of May, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE